LITTLER MENDELSON, P.C.
REBECCA M. ARAGON, Bar No. 134496
raragon@littler.com
633 West Fifth Street, 63rd Floor
Los Angeles, California 90071
Telephone: (213) 443-4300
Fax No.: (213) 443-4299

Attorneys for Defendant
ACTIONET, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOWAN YANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACTIONET, INC., and DOES 1 through 10, Inclusive,<br><br>Defendant. | Case No. **2:14-cv-00792-ABC-SH**<br><br>[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER |

For good cause shown and pursuant to the stipulation of the Parties, it is hereby ordered that the Stipulated Protective Order become the order of this Court.

Date: 6/10/14

_____
HONORABLE
UNITED STATES DISTRICT JUDGE

Firmwide:127364031.1 072148.1003

1.