MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
mriechert@morganlewis.com
Lyndsey M. Marcelino, Bar No. 299879
lyndsey.marcelino@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001

Attorneys for Defendant
L-3 NATIONAL SECURITY SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YOWAN YANG, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>ACTIONET, INC.; L-3 NATIONAL SECURITY SOLUTIONS, INC., and DOES 2 through 10, Inclusive,<br><br>             Defendants. | Case No. 2:14-cv-00792-AB-(PJWx)<br><br>**ORDER ADDING DEFENDANT L-3 NATIONAL SECURITY SOLUTIONS, INC. TO EXISTING PROTECTIVE ORDER**<br><br>Courtroom:   4<br>Judge:         Hon. André Birotte, Jr.<br><br>Complaint<br>Served:        March 30, 2015 |

For good cause shown and pursuant to the stipulation of the Parties, it is hereby ordered that Defendant L-3 National Security Solutions, Inc. be added and all Parties be bound to the existing Stipulated Protective Order.

**IT IS SO ORDERED.**

Dated:  June 4, 2015            By. _____
                                                  HON. PATRICK J. WALSH
                                                  UNITED STATES MAGISTRATE JUDGE