1  V. James DeSimone (SBN: 119668)
2  **V. JAMES DESIMONE LAW**
   13160 Mindanao Way, Suite 280
3  Marina Del Rey, California 90292
4  Telephone: 310.693.5561
   Facsimile:  916.927.2046
5

6  Kaveh Navab (SBN: 280235)
7  **NAVAB LAW**
   13160 Mindanao Way, Suite 280
8  Marina Del Rey, California 90292
9  Telephone: 310.826.1002
   Email: navablaw@gmail.com
10

11 Attorneys for Plaintiff,
   Yowan Yang
12

13               UNITED STATES DISTRICT COURT

14    CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15

16 YOWAN YANG, an individual,            | Case No: 2:14-cv-00792-AB-(SHx)

17          Plaintiff,                    | **PLAINTIFF'S [PROPOSED]**
18                                        | **SPECIAL VERDICT FORM**
19          v.

20 ACTIONET, Inc. and DOES 2 through
21 10, Inclusive,

22          Defendants.

23

24

25

26

27

28

                                    1

We, the jury in the above-entitled case, find as follows:

## WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY

1. Was Defendant ActioNet, Inc.'s failure to provide a safe workplace or the incident in which Plaintiff Yowan Yang was the victim of workplace violence a substantial motivating reason for Mr. Yang's termination?

_____ YES        _____ NO

*If you answered "Yes" to Question 1, please proceed to Question 2.  If you answered "No" to Question 1, proceed directly to Question 3.*

2. Was the termination a substantial factor in causing harm to Plaintiff Yowan Yang?

_____ YES        _____ NO

*Proceed to the next question.*

## CALIFORNIA CIVIL CODE SECTION 43

3. Did Defendant ActioNet, Inc., through the acts of its employee Cy Tymony, violate Plaintiff Yowan Yang's right to be free from bodily restraint or harm or personal insult on July 24, 2012?

_____ YES        _____ NO

*If you answered "Yes" to Question 3, please proceed to Question 4.  If you answered "No" to Question 3, proceed directly to Question 5.*

2

PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM

# NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

7. Did Defendant ActioNet, Inc. negligently cause Plaintiff Yowan Yang serious emotional distress?

_____ YES          _____ NO

_If you answered "Yes" to Question 7, please proceed to Question 8. If you answered "No" to Question 7, proceed directly to Question 9._

8. Was Defendant ActioNet, Inc.'s conduct a substantial factor in causing Plaintiff Yowan Yang's serious emotional distress?

_____ YES          _____ NO

_Proceed to the next question._

# NEGLIGENT SUPERVISION AND RETENTION

9. Was Defendant ActioNet, Inc. negligent in their supervision and retention of Cy Tymony an employee?

_____ YES          _____ NO

_If you answered "Yes" to Question 9, please proceed to Question 8. If you answered "No" to Question 9, follow the instructions after Question 10._

**Proceed to next page.**

4

10. Was Defendant ActioNet, Inc.'s negligence a substantial factor in causing harm to Plaintiff Yowan Yang?

_____ YES          _____ NO

*If you answered yes to Question 8 or 10, proceed to Question 11.*

## PLAINTIFF'S NEGLIGENCE

11.   Was Plaintiff Yowan Yang negligent?

_____ YES          _____ NO

*If you answered "Yes" to Question 11, please proceed to Question 12. If you answered "No" to Question 11, proceed directly to Question 14.*

12.   Was Yowan Yang's negligence a substantial factor in causing his harm?

_____ YES          _____ NO

*If you answered "Yes" to Question 12, please proceed to Question 13. If you answered "No" to Question 11, proceed directly to the instructions above Question 14.*

PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM

## COMPARATIVE FAULT

13.   What percentage of each party's negligence, if any, substantially caused Mr. Yang's harm?

ActioNet, Inc. _____ %

Yowan Yang _____ %

*If you answered "YES" to questions 2, 4, 6, 8, or 10, please answer question 14. If you did not answer "YES" to any of these questions, please have the presiding juror sign and date this verdict form.*

## DAMAGES

14.   What are Plaintiff's damages:

A.   Past Loss of Earnings: _____

B.   Future Loss of Earnings: _____

C.   Past emotional and psychological harm: _____

D.   Future emotional and psychological harm: _____

TOTAL: _____

**Proceed to next page.**

6

PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM

*If you answered "YES" to questions 2, 4, or 6, please answer Question 15.*
*If you did not answer "YES" to any of these questions, please have the presiding*
*juror sign and date this verdict form.*

## PUNITIVE DAMAGES

15.    Did Yowan Yang prove that an agent and employee of Defendant ActioNet, Inc. was malicious, oppressive or acted in reckless disregard of his rights?

_____ YES          _____ NO

*If you answered "Yes" to Question 15, please proceed to Question 16. If you answered "No" to Question 15, please have the presiding juror sign and date this verdict form. .*

16.    Did one or more officers, directors, or managing agents of Defendant ActioNet, Inc., know of this conduct and adopt or approve it after it occurred?

_____ YES          _____ NO

Please have the presiding juror sign and date this verdict form.

Dated: _____          _____
                                          Presiding Juror

PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8

PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM