JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOWAN YANG, <br><br> Plaintiff, <br><br> vs. <br><br> ACTIONET, INC., <br><br> Defendant. | Case No. cv 14-00792-AB (PJWx) <br><br><br> **FINAL JUDGMENT ON JURY VERDICT** |

On March 17, 2016, a properly empaneled and instructed jury of eight persons returned its verdict memorialized in the Special Verdict Form and Special Verdict Form – Phase II. (Dkt. Nos. 261, 265.)

Pursuant to the jury's findings therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that** Plaintiff shall receive from Defendant $193,540 in past loss of earnings; $700,000 in future loss of earnings; $950,000 in past emotional and psychological harm; $550,000 in future emotional and psychological harm; and $5,000,000 in punitive damages.

**IT IS FURTHER ORDERED that** Plaintiff is entitled to pre-judgment interest at a rate of 7% accruing from March 17, 2016 to May 10, 2016, the date that this judgment is entered and to post-judgment interest at a rate of 0.52% accruing from May 10, 2016, the date that this judgment is entered.

**IT IS FURTHER ORDERED that** Plaintiff's counsel shall submit for the Court's review a request for costs and attorney fees no later than July 5, 2016.

**IT IS SO ORDERED.**

DATED: May 12, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE